John H. KLOES, Relator,

v.

**ADVANCE UNITED EXPRESSWAY,
and Excalibur/MIGA,
Respondents.**

No. A03–1122.

Supreme Court of Minnesota.

Nov. 18, 2003.

Rehearing Denied Dec. 4, 2003.

John Thul, Cousineau, McGuire & Anderson, Chartered, Minneapolis, MN, for Respondents.

John H. Kloes, Vadnais Heights, MN, for Appellant.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 17, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Russell A. Anderson
Associate Justice

David A. KAISERSHOT, Respondent,

v.

**EARTHWORKS EXCAVATING
and Heritage Mutual
Group, Relators,**

and

**Minnesota Department of Employment and Economic Development, Minnesota Comprehensive Health Association, Intervenors.**

No. A03–1167.

Supreme Court of Minnesota.

Nov. 19, 2003.

Charles E. Gillin, Thomas J. Misurek, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for Relators.

Raymond R. Peterson, McCoy, Peterson & Jorstad, Minneapolis, MN, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 23, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Helen M. Meyer
Associate Justice